1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM O. RODRIGUEZ,** | Case No. 14-cv-03400-VC |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **M. E. SPEARMAN, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **March 10, 2015**, in which to file and serve either a motion to dismiss or an answer to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: January 14, 2015

_____
The Honorable Vince Chhabria
United States District Judge

1

[Proposed] Order (14-cv-03400-VC)