IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM O. RODRIGUEZ,** | Case No. 14-cv-03400-VC |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **M. E. SPEARMAN, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **May 11, 2015**, in which to file and serve either a motion to dismiss or an answer to the petition for writ of habeas corpus. Petitioner's traverse is due thirty days thereafter.

IT IS SO ORDERED.

Dated: March 4, 2015

_____
The Honorable Vince Chhabria
United States District Judge