UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. RODRIGUEZ,<br><br>      Petitioner,<br><br>  v.<br><br>M. E. SPEARMAN,<br><br>      Respondent. | Case No. 14-cv-03400-VC  (PR)<br><br>**ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 13 |

    Petitioner William Rodriguez's second motion for a thirty-day extension of time to file his opposition to the respondent's motion to dismiss is granted. The opposition is now due thirty days from the date of this order. The Court is not inclined to consider any further requests for extensions of time. The respondent shall file his reply fourteen days after Rodriguez files his opposition.

    **IT IS SO ORDERED**.

Dated: July 30, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>M. E. SPEARMAN,<br><br>    Defendant. | Case No. 14-cv-03400-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William O. Rodriguez ID: AH1490
CTF WA251L
PO Box 705
Soledad, CA 93960

Dated: July 30, 2015

    Richard W. Wieking
    Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2