UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM O. RODRIGUEZ,

        Petitioner,

  v.

M. E. SPEARMAN,

        Respondent.

Case No. 14-cv-03400-VC (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

**IT IS SO ORDERED**.

Dated: November 9, 2015

_____
VINCE CHHABRIA
United States District Judge